**LEE & KELLEY, LLP**
**264 West 40th Street, 18th Floor**
**New York, New York 10022**
**(212) 710-0006**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------X**

**VIAONE TECHNOLOGIES, INC.**

         *Plaintiff,*

                   **06 Civ 12983**
                   **ECF CASE**

    **-against-**

                   **Rule 7.1 Statement**


**MR. PREPAID, INC., and**
**DANIEL D. ELY**

         *Defendants*.
**-----------------------------------------------------------X**


    Pursuant to Federal Rule of Civil Procedure 7.1 [ formerly Local General Rule 1.9]
and to enable District Judges and Magistrate Judges of the Court to evaluate possible
disqualification or recusal, the undersigned counsel for **VIAONE TECHNOLOGIES, INC.,**
(a private non-governmental party) certifies that there are no corporate parents, affiliates and/or
subsidiaries of **VIAONE TECHNOLOGIES, INC.**, which are publicly held.

Date:  November 7, 2006


             _____

              Kristian K. Larsen (KL7253)