**AVROM R. VANN, P.C.**
ATTORNEY-AT-LAW
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NEW YORK  10170-0002

(212) 389 - 7810

AVROM R. VANN, P.C.*

*MEMBER NEW YORK
AND NEW JERSEY BARS

FACSIMILE NO. (212) 661-6976

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-06
```

December 5, 2006

VIA TELECOPIER (212) 805-6739
and BY ORDINARY MAIL

Hon. Richard Conway Casey
Judge of the United States District Court
Southern District of New York
500 Pearl Street
New York, New York 100307

        Re:    Viaone Technologies, Inc. v. Mr. Prepaid, Inc.
              Docket Number 1:06-cv-12983-RCC

Dear Judge Casey:

    I have been retained by the Defendants in this matter and pursuant to the Rules of the Court write to request permission to immediately move the Court by Motion for an Order staying this lawsuit and referring the parties to arbitration pursuant to the Federal Arbitration Act and the terms of the written agreement between the parties which contains a broad arbitration provision.

    Inasmuch as the Defendants intend to move by motion to stay this litigation and compel arbitration, I further request that the time of the Defendants to Answer the Complaint herein be extended until 20 days after the Court has determined the proposed motion, in the event that the Court in its discretion were to deny the motion to stay this action and compel arbitration.

**AVROM R. VANN, P.C.**

Hon. Richard Conway Casey
December 5, 2006

Page 2

    A copy of this letter is simultaneously being sent to Kristian Karl Larsen, Esquire, counsel for the Plaintiff herein, by telecopier transmission and ordinary mail.

                        Respectfully submitted:

                        AVROM R. VANN, P.C.

                        By: _____
                              Avrom R. Vann, Esquire

Cc:    Kristian Karl Larsen, Esquire
        The Larsen Law Group
        111 Broadway – Suite 1305
        New York, New York  10006
        Telecopier:  (212) 710-0006

ARV:me
D:\word\MrPrepaid\Conway Richard 2006-12-5.doc

Application Granted.
Defendant will submit and serve on Plaintiff's Counsel a motion to compel arbitration with a memorandum of law no more than seven pages in length by close of business Friday, December 15, 2006. Plaintiff will submit and serve on Defendant's Counsel memorandum in response (same length), if any, by close of business Friday December 22, 2006. Defendant's time to answer or otherwise respond will be extended until 14 days after the Court has decided the motion to compel. The Court will contact the parties if oral argument on the motion is necessary. It is so Ordered.

*Richard Conway* [signature]

December 11, 2006