AVROM R. VANN, P.C.
Avrom R. Vann, Esquire [ARV-6576]
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 382-1700
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| VIAONE TECHNOLOGIES, INC. | Civil Action: 06 Civ 12983 (RCC) |
| Plaintiff | |
| -against- | NOTICE OF MOTION TO STAY PROCEEDINGS AND COMPEL <u>ARBITRATION</u> |
| MR. PREPAID, INC., et al. | |
| Defendants | |

-------------------------------------------------------- X

# NOTICE OF MOTION

SIRS:

　　　　PLEASE TAKE NOTICE, that upon the annexed Declaration of Daniel D. Ely dated December 6, 2006, the Memorandum of Law in Support of the Motion to Stay this Litigation and Compel Arbitration, The Rule 7.1 Disclosure Statement, the Defendant's Motion to Stay Proceedings and Compel Arbitration, upon the prior pleadings and proceedings herein, and pursuant to the Memo Endorsed Order of this Court dated December 11, 2006 (the "Order"), a Motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and further pursuant to the Federal Arbitration Act, 9 U.S.C. Sections 1 et.seq.  will be made to  this Court to be held at the courthouse thereof, located at 500 Pearl Street, New York, New York on

December 22, 2006 for an Order staying this Litigation and referring the parties to arbitration. Oral argument, if any, shall occur only if directed by the Court.

PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, pursuant to the Order are required to be served on December 22, 2006.

PLEASE TAKE FURTHER NOTICE that a proposed Order resolving this Motion is annexed hereto.

Dated:   New York, New York
         December 14, 2006

                                       AVROM R. VANN, P.C.
                                       Attorneys for Defendants
                                           Mr. Prepaid, Inc. and Daniel D. Ely

By:_____/s_____
   Avrom R. Vann, Esquire[ARV6576]

Office and Post Office Address
420 Lexington Avenue - Suite 2400
New York, New York 10170
(212) 389-7810

To:   Kristian Karl Larsen, Esquire
      The Larsen Law Group
      111 Broadway – Suite 1305
      New York, New York  10006

D:\word\MrPrepaid\Notice of Motion 2006-12-13.doc