AVROM R. VANN, P.C.
Avrom R. Vann, Esquire [ARV-6576]
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 382-1700

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIAONE TECHNOLOGIES, INC.              Civil No. 06 Civ 12983 (RCC)

      Plaintiff                                 DEFENDANT'S RULE 7.1
                                                          DISCLOSURE STATEMENT

-against-

MR. PREPAID, INC., et al.

      Defendants

------------------------------------------------------------X

## MR. PREPAID, INC.'S CORPORATE DISCLOSURE STATMENT

Pursuant to Fed. R. Civ. P. 7.1, Mr. Prepaid, Inc. submits the following corporate disclosure statement identifying parent corporations and publicly held companies owning ten percent or more of Mr. Prepaid, Inc.'s stock:

Mr. Prepaid has no parent company and is a privately held company.

232056/343.120

Case 2:06-cv-12983-CM    Document 6    Filed 12/14/2006    Page 2 of 2

Dated: December 6, 2006  
New York, New York

AVROM R. VANN, P.C.  
Attorneys for Defendants  
MR. PREPAID, INC.  
DANIEL ELY

_____  
By: Avrom R. Vann, Esquire [ARV-6576]  
420 Lexington Avenue, Suite 2400  
New York, New York 10170  
Telephone: (212) 382-1700  
Telecopier:(212) 661-6976  
E-Mail: A2442@AOL.COM

Nathan D. Adler  
Neuberger, Quinn, Gielen, Rubin  
& Gibber, P.A.  
One South Street, 27th Floor  
Baltimore, Maryland 21202  
(410) 332-8516  
(410) 951-6039 fax  
nda@nqgrg.com