UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

VIAONE TECHNOLOGIES, INC.                Civil No. 06 Civ 12983 (RCC)

    Plaintiff

    -against-

MR. PREPAID, INC., et al.

    Defendants

-------------------------------------------------------X

## ORDER

Upon consideration of Defendants, Mr. Prepaid, Inc. ("Mr. Prepaid") and Daniel D. Ely ("Ely")'s Motion to Stay Proceedings and compel Plaintiff, Viaone Technologies, Inc. ("Viaone") to arbitration ("Defendants' Motion"), and any opposition filed thereto, it is this _____ day of _____, 200\_\_, hereby ORDERED that:

Defendants' Motion is GRANTED;

Pursuant to the agreement between the parties, Plaintiff is ordered to arbitrate all of its claims set forth in Plaintiff's Complaint, dated November 7, 2006, before the American Arbitration Association under its Commercial Arbitration Rules; and

The above-captioned case is stayed pending conclusion of said arbitration between the parties.

                                                      _____
                                                    The Honorable Richard C. Casey
                                                    Judge, United States District Court for the
                                                    Southern District of New York

242492