**MEMO ENDORSED**

**LEE & KELLEY, LLP**

ATTORNEYS AND COUNSELORS AT LAW
264 WEST 40TH STREET
18TH FLOOR
NEW YORK, NY 10018-1512

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

IAN L. KELLEY
JAE W. LEE

Phone: (212) 710-0006
Fax: (212) 710-0006
www.leekelley.com

June 4, 2007

**Via Facsimile [212-805-7939]**
Nick Suplina, Esq.
Former Law Clerk to
Hon. Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Suspend calendar action pending arbitration* [handwritten annotation]

Re:  Viaone Technologies, Inc. v. Mr. Prepaid, Inc., et al.
     Docket Number 1:06-cv-12983-RCC

Dear Mr. Suplina:

   This firm represents Viaone Technologies, Inc. ("Viaone"), plaintiff in the above-referenced action. On behalf of the firm I would like to express my sincere condolences to the family and friends of Judge Casey.

   This letter is written in response to Hon. Kimba M. Wood's May 16, 2007, Order directing the parties to submit a joint summary of the case. The summary of this case is simple: This is a breach of contract case brought by Viaone by Complaint filed on November 7, 2006.

   Thereafter, defendants moved to compel arbitration and stay this action pending the outcome of the arbitration, which was qualifiedly consented to by Viaone. By written Order dated January 24, 2007, Judge Casey referred the action to arbitration and stayed the action pending arbitration.

   As of the date of this letter, the parties are still in the preliminary stages of the arbitration and presently anticipate that the arbitration hearing dates will be scheduled for the last week of February 2008.

Respectfully Submitted,

Kristian K. Larsen, Esq.

cc: Avrom R. Vann, Esq. (By Facsimile)